In the Matter of the BOOKS OF REGISTRY OF THE FIRST ELECTION DISTRICT OF THE NINTH WARD IN THE CITY OF ALBANY for the Election to Be Held on November 7, 1933.

MICHAEL J. RYAN, Appellant; HUGH McGRAIL et al., Respondents.

(Argued November 2, 1933; decided November 2, 1933.)

*Frank L. Wiswall* and *Borden H. Mills* for appellant.

*Robert E. Whalen* and *Charles J. Duncan* for respondents.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.